**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>DANIEL L MARTIN JR<br>HEATHER MARTIN<br>Debtor(s) | Case No. 11-51710 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/29/2011.

2) The plan was confirmed on 02/29/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/09/2012, 01/22/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 06/10/2015.

6) Number of months from filing to last payment: 41.

7) Number of months case was pending: 46.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $5,200.00.

10) Amount of unsecured claims discharged without payment: $102,384.10.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $8,140.43 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$8,140.43**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,350.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $367.67 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$3,717.67**

Attorney fees paid and disclosed by debtor:    $150.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACS | Unsecured | 13,200.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MED GROUP | Unsecured | 8.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROS MEDICAL CAR | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| ALL STATE INSURANCE | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED PEDIATRICIANS | Unsecured | 314.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 4,576.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 2,087.00 | 2,328.28 | 2,328.28 | 206.66 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 4,657.00 | 4,733.18 | 4,733.18 | 420.12 | 0.00 |
| CAVALRY PORTFOLIO SVCS LLC | Unsecured | 968.00 | 977.06 | 977.06 | 86.73 | 0.00 |
| CB USA INC | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| CHASE AUTO FINANCE | Secured | 8,086.00 | 7,755.72 | 186.44 | 186.44 | 31.18 |
| CHASE AUTO FINANCE | Unsecured | NA | 2,987.20 | 2,987.20 | 265.15 | 0.00 |
| CHASE CARDMEMBER SERVICE | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO LAKESHORE MEDICAL AS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 364.00 | 1,874.60 | 1,874.60 | 166.39 | 0.00 |
| COMCAST | Unsecured | 412.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 261.00 | NA | NA | 0.00 | 0.00 |
| DEPT ED NELNET | Unsecured | 12,000.00 | 67,883.86 | 0.00 | 0.00 | 0.00 |
| EDFINANCIAL SERVICES | Unsecured | 8,500.00 | 8,500.00 | 0.00 | 0.00 | 0.00 |
| EDFINANCIAL SERVICES | Unsecured | 12,000.00 | 15,098.99 | 0.00 | 0.00 | 0.00 |
| FIRST NATIONAL BANK | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |
| GEICO INSURANCE | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 948.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 201.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTIONS SERVICE | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| INFINITY HEALTHCARE PHYSICIANS | Unsecured | 592.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 2,587.00 | 2,587.00 | 2,587.00 | 0.00 |
| JEFFREY A KRAMER DDS | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| LUTHERAN GENERAL HOSPITAL | Unsecured | 353.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 803.00 | 803.65 | 803.65 | 71.33 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MIDLAND FUNDING LLC | Unsecured | 469.00 | 473.18 | 473.18 | 42.00 | 0.00 |
| NICOR GAS | Unsecured | 47.00 | 363.52 | 363.52 | 32.27 | 0.00 |
| NIPSCO | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE UNIVERSITY HEALTH | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN CHILDRENS PRAC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN WOMENS HEALTH | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| OB GYN ASSOC | Unsecured | NA | 64.44 | 64.44 | 5.72 | 0.00 |
| PORTER MEMORIAL HOSPITAL | Unsecured | 11.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | NA | 2,554.95 | 2,554.95 | 226.78 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 712.00 | 712.04 | 712.04 | 63.20 | 0.00 |
| QUEST DIAGNOSTIC | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| RENT A CENTER CORP | Unsecured | 2,674.00 | NA | NA | 0.00 | 0.00 |
| RESURRECTION MEDICAL CENTER | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 336.00 | 358.14 | 358.14 | 31.79 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 349.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 1,150.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| TONY B VANCAUWELENAT MD | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 33,141.00 | 33,412.73 | 0.00 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 4,250.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 4,250.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 5,240.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 8,500.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 4,700.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 8,500.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 4,250.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL BANK | Unsecured | 2,555.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $186.44 | $186.44 | $31.18 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$186.44** | **$186.44** | **$31.18** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,587.00 | $2,587.00 | $0.00 |
| **TOTAL PRIORITY:** | **$2,587.00** | **$2,587.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$18,230.24** | **$1,618.14** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $3,717.67 |
| Disbursements to Creditors | $4,422.76 |
| **TOTAL DISBURSEMENTS** : | **$8,140.43** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/03/2015               By: /s/ Tom Vaughn
                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**